Law Office of Len L. Nary
3010 LBJ Freeway
Suite 1200
Dallas, Texas 75234
Tel.: (972) 888-6010
Fax: (972) 851-9944
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BEVERLY ANN NORMAN | § | CASE NO. 10-44252 |
| | § | CHAPTER 13 |
| Debtors | § | |

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

TO THE HONORABLE JUDGE OF SAID COURT:

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 660 NORTH CENTRAL EXPRESSWAY, 3RD FLOOR, PLANO, TEXAS 75074, AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW, DEBTOR(S), by this Motion filed by counsel, Len L. Nary, attorney, retained for the purpose of this Motion in the above-referenced case under Chapter 13 of Title 11 U.S.C., and pursuant to §1329, and file this Motion to Modify Chapter 13 Plan Post-Confirmation. This proposed Request for Modification of Debtor's Plan meets the requirements of §1322(a), (b) & (c) and §1325(a), and as grounds therefore, the Debtor(s) would show the Court the following:

## HISTORY OF CASE

1. Debtor(s) filed this Chapter 13 case on 12/7/2010.

2. The Chapter 13 Plan was confirmed on 6/14/2011.

## REASONS FOR MOTION TO MODIFY

3. Since confirmation of the plan, the Debtor has had multiple substantive changes to her life. She had a child, her husband began working very limited hours, and her health issues and costs recently increased substantially for a period of time. The Debtor made payments, but fell into arrears. This modification is to cure said arrears, and reset the remainder of her Chapter 13 plan paymetns based on changed circumstances. The modified plan will still return an approximately 25% unsecured dividend.

## PROPOSED MODIFICATION

4. The Debtor(s) proposes that this Chapter 13 plan be modified per attached "MODIFICATION TO CHAPTER 13 PLAN OF DEBTORS", dated concurrent with this Motion. This document contains the details of the modification(s) to the Debtor's Chapter 13 Plan and the payment schedule thereunder as attached "EXHIBIT B".

5. Debtor(s) has retained Len L. Nary as counsel to file this Modification of the Chapter 13 Plan. Debtor(s) propose that attorney Len L. Nary be allowed legal fees for this Modification to Chapter 13 Plan, post-confirmation to be paid $0.00 direct and $650.00 to be paid in the Chapter 13 Plan.

WHEREFORE, the Debtor(s) pray for a Modified Chapter 13 Plan as described in the attached "Modification to Chapter 13 Plan" and an Order approving said Modification and prays

for such other and further relief as is just and proper.

                                            Respectfully submitted:

                                            /s/   Len L. Nary
                                            Len L. Nary
                                            SBOT #00786131
                                            3010 LBJ Freeway
                                            Suite 1200
                                            Dallas, Texas 75234
                                            Telephone: (972) 888-6010
                                            Fax: (972) 851-9944
                                            Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      On this date, a true and correct copy of the foregoing Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation, was noticed via electronic means where available or by first class mail, postage prepaid, to the following parties and to those parties listed on the attached matrix:

Trustee:        CHAPTER 13 TRUSTEE
                   PO BOX 941166
                   PLANO, TX  75094-1166

Debtor:         Beverly Ann Norman
                   1885 Trail Ridge Drive
                   Lewisville, Texas 75077

June 16, 2015                                /s/   Len L. Nary
                                                          Len L. Nary
                                                          SBOT #00786131
                                                          3010 LBJ Freeway
                                                          Suite 1200
                                                          Dallas, Texas 75234
                                                          Telephone: (972) 888-6010
                                                          Fax: (972) 851-9944
                                                          Attorney for Debtor

```
Label Matrix for local noticing          ATTORNEY GENERAL                          ATTORNEY GENERAL
0540-4                                    COLLECTIONS DIVISION                     MAIN JUSTICE BLDG RM 5111
Case 10-44252                             BANKRUPTCY DIVISION                      10TH & CONSTITUTION AVE NW
Eastern District of Texas                 PO BOX 12548                             WASHINGTON DC 20530-0001
Sherman                                   AUSTIN TX 78711-2548
Tue Jun 16 15:12:33 CDT 2015

ATTORNEY GENERAL-CHILD SUPPORT            American InfoSource LP as agent for WFNNB   BANK OF AMERICA
ATTN: BANKRUPTCY SECTION                   as assignee of                              2208 LONG PRAIRIE RD.
10260 N CENTRAL EXPWY, STE 210            Lane Bryant                                 FLOWER MOUND, TX 75022-4831
DALLAS, TX 75231-3426                     PO Box 248872
                                          Oklahoma City, OK  73124-8872

BANK OF AMERICA                           BANK OF AMERICA                          BEVERLY ANN NORMAN
ATTN: BANKRUPTCY NC4-105-03-14            PO BOX 17054                             1885 TRAIL RIDGE DRIVE
PO BOX 26012                              WILMINGTON, DE 19850-7054                LEWISVILLE, TEXAS 75077-2113
GREENSBORO, NC 27420-6012


Back Bowl I, L.L.C.                       Bank of America N.A.                     Patti H. Bass
c/o Weinstein & Riley, P.S.               Loss /Recovery                           Bass & Associates
2001 Western Ave., Ste. 400               800 Market St                            3936 E. Ft. Lowell Rd. Suite 200
Seattle, WA 98121-3132                    St. Louis MO 63101-2506                  Tucson, AZ 85712-1083
                                          MO1-800-06-14


Alane A. Becket                           Michael J. Burns                         CHASE
Becket & Lee LLP                          Brice, Vander Linden & Wernick, P.C.     PO BOX 15298
PO Box 3001                               PO Box 9013                              WILMINGTON, DE 19850-5298
Malvern, PA 19355-0701                    Addison, TX 75001-9013


(p)CITIBANK                               (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Capital One, N.A.
PO BOX 790034                             REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION   Bass & Associates, P.C.
ST LOUIS MO 63179-0034                    PO BOX 13528                             3936 E. Ft. Lowell Rd., Suite 200
                                          AUSTIN TX 78711-3528                     Tucson, AZ 85712-1083


Capital One, N.A.                         Chase Bank USA, N.A.                     Janna L. Countryman
PO Box 12907                              PO Box 15145                             P. O. Box 941166
Norfolk,  VA 23541-0907                   Wilmington, DE 19850-5145                Plano, TX 75094-1166


DENTON COUNTY TAX ASSESSOR                Denton County                            Department Stores National Bank/Macy's
STEVE MOSSMAN                             Michael Reed                             Bankruptcy Processing
P.O. BOX 90223                            P O Box 1269                             PO Box 8053
DENTON, TX  76202-5223                    Round Rock, TX 78680-1269                Mason, OH 45040-8053


Fia Card Services, NA As Successor In Intere   GE Money Bank                       HSBC BANK
Bank of America NA and Mbna America Bank  c/o Recovery Management Systems Corp.    PO BOX 5253
1000 Samoset Drive                        25 SE 2nd Avenue, Suite 1120             CAROL STREAM, IL 60197-5253
DE5-023-03-03                             Miami, FL 33131-1605
Newark, DE 19713-6000                     Attn: Ramesh Singh


HSBC BEST BUY                             HSBC Bank Nevada, N.A.                   HSBC Bank Nevada, N.A.
ATTN: BANKRUPTCY                          Bass & Associates, P.C.                  Bass & Associates, P.C.
PO BOX 5263                               3936 E. Ft. Lowell Road, Suite #200      3936 E. Ft. Lowell Rd. Suite 200
CAROL STREAM, IL 60197-5263               Tucson, AZ 85712-1083                    Tucson, AZ 85712-1083
```

| | | |
|---|---|---|
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JANNA COUNTRYMAN<br>CHAPTER 13 TRUSTEE<br>PO BOX 941166<br>PLANO TX 75094-1166 |
| LAW OFFICE OF LEN L. NARY<br>3010 LBJ FREEWAY<br>SUITE 1200<br>DALLAS, TEXAS 75234-2710 | LINEBARGER GOGGAN, ET. AL<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2637 | Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PC<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 |
| MACYS/FDSB<br>ATTN: BANKRUPTCY<br>PO BOX 8053<br>MASON, OH 45040-8053 | NCEP, LLC<br>by American InfoSource LP as agent<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | NCEP, LLC by American InfoSource LP as agent<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 |
| Len L. Nary<br>3010 LBJ Freeway<br>Suite 1200<br>Dallas, TX 75234-2710 | Beverly Ann Norman<br>1885 Trail Ridge Drive<br>Lewisville, TX 75077-2113 | PNC MORTGAGE<br>PO BOX 1820<br>DAYTON, OH 45401-1820 |
| PNC Mortgage,<br>a division of PNC Bank,<br>National Association<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342-5421 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Richard S. Ralston<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | George C. Scherer<br>Law Office of Robert Luna, PC<br>4411 N. Central Expy.<br>Dallas, TX 75205-4210 |
| TEXAS ALCOHOLIC BEV COM<br>LICENSE AND PERMITS DIV<br>PO BOX 13127<br>AUSTIN TX 78711-3127 | TEXAS WORKFORCE COM<br>TEC BLDG-BANKRUPTCY<br>101 E 15TH ST<br>AUSTIN TX 78778-0001 | John Talton..<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. TRUSTEE-EASTERN DISTRICT<br>300 PLAZA TOWER<br>110 N. COLLEGE AVE<br>TYLER, TX 75702-7226 | UNITED STATES ATTORNEY<br>110 N COLLEGE STE 700<br>TYLER TX 75702-0204 |
| UNITED STATES TRUSTEE<br>300 PLAZA TOWER<br>110 N COLLEGE AVE<br>TYLER TX 75702-7226 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | VOLKSWAGEN CREDIT<br>PO BOX 60144<br>CITY OF INDUSTRY, CA 91716-0144 |

```
VW CREDIT,INC.                        VW Credit, Inc.                       WFNNB/MATTRESS GIANT
POST OFFICE BOX 829009                PO Box 829009                         PO BOX 94498
DALLAS, TEXAS 75382-9009              Dallas, TX 75382-9009                 LAS VEGAS, NV 89193-4498



WFNNB/LANEBR                          Wells Fargo Financial National Bank   eCAST Settlement Corporation
PO BOX 182789                         4137 121st Street                     POB 29262
COLUMBUS, OH 43218-2789               Urbandale IA 50323-2310               New York, NY 10087-9262



eCAST Settlement Corporation          eCAST Settlement Corporation, assignee
c/o Bass & Associates, P.C.           of Citibank (South Dakota), N.A.
3936 E Ft. Lowell, Suite 200          POB 29262
Tucson, AZ 85712-1083                 New York, NY 10087-9262
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CITIBANK SD, NA                       COMPTROLLER OF PUBLIC ACCTS           INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED BANKRUPTCY          REVENUE ACCOUNTING DIVISION           P.O. BOX 21126
PO BOX 20507                          BANKRUPTCY SECTION                    STOP N781
KANSAS CITY, MO 64195                 PO BOX 13528                          PHILADELPHIA, PA
                                      AUSTIN TX 78711-3528                  19114-0326


Portfolio Recovery Associates, LLC    (d)Portfolio Recovery Associates, LLC.  Michael Reed
PO Box 41067                          P.O. Box 41067                        McCreary, Veselka, Bragg, & Allen, PC
Norfolk, VA 23541                     Norfolk, VA 23541                     P. O. Box 1269
                                                                            Round Rock, TX 78680


(d)UNVL/CITI
ATTN.: CENTRALIZED  BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Back Bowl I, L.L.C.                (d)Capital One, N.A.                  (d)JANNA COUNTRYMAN
c/o Weinstein & Riley, P.S.           Bass & Associates, P.C.               CHAPTER 13 TRUSTEE
2001 Western Ave., Ste. 400           3936 E. Ft. Lowell Rd., Suite 200     PO BOX 941166
Seattle, WA 98121-3132                Tucson, AZ 85712-1083                 PLANO, TX  75094-1166


(u)PNC Mortgage, a Division of PNC Bank, N.A.   (d)PRA Receivables Management LLC   (d)eCAST Settlement Corporation
                                      PO BOX 41067                          POB 29262
                                      Norfolk, VA 23541-1067                New York NY 10087-9262
```

End of Label Matrix
Mailable recipients    67
Bypassed recipients     6
Total                  73